UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 6:13-171-GFVT

DOUG GEORGE and  PLAINTIFFS
GEORGE & COMPANY, INC.

v.  **AGREED ORDER OF JUDGMENT**

SOUTHERN COAL CORPORATION  DEFENDANTS
and SOUTHERN COAL KENTUCKY CORPORATION
d/b/a SOUTHERN COAL CORPORATION

\* \* \* \* \* \* \* \* \* \* \*

Come the Plaintiffs Doug George and George & Company, Inc. and the Defendants Southern Coal Corporation and Southern Coal Kentucky Corporation d/b/a Southern Coal Corporation, by agreement of the parties and through their respective counsel, it is hereby **AGREED, STIPULATED, ORDERED AND ADJUDGED AS FOLLOWS:**

1. The Plaintiffs Doug George and George & Company, Inc. shall recover and are hereby awarded judgment against the Defendants Southern Coal Corporation and Southern Coal Kentucky Corporation d/b/a Southern Coal Corporation, jointly and severally, in the amount of $548,243.17, together with post-judgment interest at the prevailing rate per annum from entry of the judgment until fully paid.

2. The amount of the judgment shall be reduced by the sum of $116,464.53, which represents a payment made by Defendants on October 21, 2013, and by any other credits or payments, if any, made by the Defendants.

3. Plaintiffs shall be entitled to collect all court costs and reasonable attorneys' fees upon filing a motion with a supporting Affidavit for awarding additional attorneys' fees and expenses they may incur as a result of enforcement of this judgment.

4. This judgment shall be given full faith and credit in other states and jurisdictions and shall not be legally challenged based upon any defenses under the Uniform Enforcement of Foreign Judgments Act or like statutes adopted in other states or jurisdictions.

5. Exclusive jurisdiction is retained over the parties by the appropriate federal court for all matters relating to the administration, interpretation and effectuation or enforcement of this Order and Judgment.

6. This is a final and appealable judgment and there is no just cause for delay of its execution and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Entered this the 27th day of March, 2014.

_____
JUDGE GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT COURT

HAVE SEEN TO AND AGREED:

/s/ Benjamin Lee Kessinger, III                          Date: 12/9/13
Benjamin Lee Kessinger, III
ATTORNEY FOR PLAINTIFFS


_____                     Date: 11/26/13
Dustin M. Deane
ATTORNEY FOR DEFENDANTS

* Licensed in Virginia only.
Signing in my capacity as
Associate General Counsel

2