Eastern District of Kentucky
**F I L E D**

JUL 1 5 2014

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 6:13-171-GFVT

DOUG GEORGE and  PLAINTIFFS
GEORGE & COMPANY, INC.

v. **CHARGING ORDER PURSUANT TO KRS 275.260
FOR LIEN ON MEMBER INTERESTS OF
SOUTHERN COAL KENTUCKY CORPORATION**

SOUTHERN COAL CORPORATION  DEFENDANTS
and SOUTHERN COAL KENTUCKY CORPORATION
d/b/a SOUTHERN COAL CORPORATION

\* \* \* \* \* \* \* \* \* \* \*

Upon the Motion of the Plaintiffs Doug George and George & Company, Inc. for a Charging Order pursuant to KRS 275.260 on the Defendant Southern Coal Kentucky Corporation's member interest in the limited liability company of Sequoia Energy, LLC held by it in order to satisfy the judgment amount and with the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiffs' Motion is SUSTAINED. The Plaintiffs Doug George and George & Company, Inc. are hereby awarded and granted a Charging Order pursuant to KRS 275.260 and a lien on and the right to receive distributions made with respect to the limited liability member interests of Southern Coal Kentucky Corporation in Sequoia Energy, LLC.

Furthermore, the Plaintiffs Doug George and George & Company, Inc. shall have the right to receive all distributions made with respect to the Defendant Southern Coal Kentucky Corporation's member interests in Sequoia Energy, LLC and all other rights and remedies as set forth in KRS 275.260.

Entered this the 15th day of July, 2014.

_____
JUDGE GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT COURT