UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 6:13-171-GFVT

DOUG GEORGE and  PLAINTIFFS
GEORGE & COMPANY, INC.

v.   **NOTICE OF SATISFACTION OF JUDGMENT**

SOUTHERN COAL CORPORATION  DEFENDANTS
and SOUTHERN COAL KENTUCKY CORPORATION
d/b/a SOUTHERN COAL CORPORATION

\* \* \* \* \* \* \* \* \* \* \*

Come the Plaintiffs Doug George and George & Company, Inc. and hereby states the Judgment entered in this action against Southern Coal Corporation and Southern Coal Kentucky Corporation d/b/a Southern Coal Corporation has been fully satisfied and no amounts are due in this action.

Respectfully submitted,

/s/Benjamin Lee Kessinger, III
Benjamin Lee Kessinger, III
Robert C. "Coley" Stilz, III
KINKEAD & STILZ, PLLC
PNC Tower
301 East Main Street, Suite 800
Lexington, KY  40507
Phone: (859)296-2300
Facsimile: (859)296-2566
ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and accurate copy of the foregoing was delivered on May 26th, 2015 via the CM/ECF system to all parties or attorneys for the parties listed on the Court's Electronic Mail Notice list, if any, as indicated below:

Wesley V. Queen
wesley.queen@justicecorporation.com


/s/Benjamin Lee Kessinger, III
ATTORNEY FOR ABOVE-NAMED PLAINTIFFS